UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Kevin Herman Larson,

        Plaintiff,

vs.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Lori Swanson, and numerous
employees of Minnesota,

        Defendants.       Civ. No. 09-2270 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Plaintiff's Application for leave to proceed in forma pauperis [Docket No. 2] is denied.

2.    That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).


DATED: October 5, 2009                      s/Michael J. Davis
At Minneapolis, Minnesota             Michael J. Davis, Chief Judge
                                               United States District Court